# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KRISTIE A. MASCARELLA, § <br>     Plaintiff, § <br> § <br> VERSUS § <br> § <br> CPLACE UNIVERSITY SNF, LLC, d/b/a § <br> AFFINITY NURSING & REHAB § <br> CENTER; CPLACE COLONIAL RC, § <br> LLC d/b/a COLONIAL CARE § <br> RETIREMENT CENTER; and § <br> TRADITIONS SENIOR MANAGEMENT, § <br> INC., § <br>     Defendants. § | CIVIL ACTION NO. <br>   3:13-cv-00642-SDD-RLB <br><br> DISTRICT JUDGE DICK <br><br> MAGIS. JUDGE BOURGEOIS <br><br><br> JURY TRIAL DEMANDED |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants Cplace University SNF, LLC, d/b/a Affinity Nursing and Rehab Center and Traditions Senior Management, Inc., appeal to the United States Court of Appeal for the Fifth Circuit pursuant to FRAP Rule 4(a)(4)(B)(i) from the following judgments entered in this action:

1.   A Judgment rendered on January 27, 2016, in favor of Plaintiff and against Defendants awarding attorneys' fees to Plaintiff in the amount of $275,662.50.  (*See* Doc. No. 97)

1

Dated: February 22, 2016                                Respectfully submitted,

                                                        */s/ Eric R. Miller*
                                                        Eric R. Miller, T.A.
                                                        Louisiana State Bar Number 21359
                                                        Christine S. Keenan
                                                        Louisiana State Bar Number 23293
                                                        THE KULLMAN FIRM
                                                        4605 Bluebonnet Blvd., Suite A
                                                        Baton Rouge, Louisiana  70809
                                                        Telephone: (225) 906-4250
                                                        Facsimile: (225) 906-4230
                                                        Email: EM@kullmanlaw.com
                                                                    CSK@kullmanlaw.com

                                                        **COUNSEL FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Robert L. Campbell, Esq.                    Philip Bohrer
Williamson, Fontenot & Campbell, LLC        Bohrer Law Firm, LLC
robb@lawyerbatonrouge.com                   phil@bohrerlaw.com
*Counsel for Plaintiff*                     *Counsel for Plaintiff*

Scott E. Brady
Bohrer Law Firm, LLC
scott@bohrerlaw.com
*Counsel for Plaintiff*

                                                        */s/ Eric R. Miller*
                                                        **ERIC R. MILLER**